# EXHIBIT 1

# Collective Bargaining Agreement

between

# Prospect CharterCARE, LLC

and

# United Nurses & Allied Professionals

## Local 5110

2016 - 2018

Service Staff Support

# Table of Contents

**ARTICLE I RECOGNITION**...................................................................................................1

    1.1    Bargaining Unit............................................................................................1

    1.2    Scope of the Bargaining Unit and Agreement............................................1

    1.3    Employee Definitions..................................................................................2

            a)  Regular Full-Time Employees.........................................................2

            b)  Regular Part-Time Employees ........................................................2

            c)  Limited Part-Time Employees ........................................................2

            d)  Per Diem Employees .......................................................................2

            e)  Temporary Employees ....................................................................2


**ARTICLE II NON-DISCRIMINATION**....................................................................................2

2.1     Non-Discrimination......................................................................................2

**ARTICLE III UNION ACTIVITIES**........................................................................................3

    3.1    Participation in Union Activities..................................................................3

    3.2    New Hire Orientation ..................................................................................3

    3.3    Union Representation..................................................................................3

    3.4    Local Union Representatives.......................................................................3

    3.5    Union Activities on Employer Premises......................................................4

    3.6    Bulletin Board.............................................................................................4

    3.7    Dues Deduction..........................................................................................4

    3.8    Union Security.............................................................................................5

    3.9    Union Leave................................................................................................5

**ARTICLE IV MANAGEMENT RIGHTS**.............................................................…..……5

    4.1    Management Rights....................................................................................5

**ARTICLE V  CONTINUITY OF OPERATIONS**..................................................................6

    5.1    Union's Best Efforts.................................................................................6

    5.2    No Lock-Outs...........................................................................................7

**ARTICLE VI  GRIEVANCE AND ARBITRATION**.............................................................7

    6.1    Purpose....................................................................................................7

    6.2    Informal Adjustments............................................................................7

    6.3    Definitions...............................................................................................7

    6.4    Union Grievance.....................................................................................8

    6.5    Employer Grievance...............................................................................8

    6.6    Arbitrator's Function and Authority....................................................9

    6.7    Effect of Arbitrator's Decision.............................................................9

    6.8    Rules.........................................................................................................9

    6.9    Expenses..................................................................................................9

    6.10   Time Limits Mandatory.........................................................................9

**ARTICLE VII  EMPLOYMENT STATUS**..........................................................................9

    7.1    Probationary Period...............................................................................9

    7.2    Seniority.................................................................................................10
             a)  Full- time and part-time employees
             b)  Continuous service

    7.3    Licensure/Certification.......................................................................10

    7.4    Discipline and Discharge.....................................................................10

7.5    Loss of Seniority....................................................................11
       a)   Voluntary Resignation
       b)   Discharge
       c)   Failure on recall
       d)   After layoff of twelve months
       e)   Other employment
       f)   Failure to return
       g)   An absence more than three (3) days
       h)   Not performing  twelve (12) months

7.6    Seniority List.......................................................................11

7.7    Layoff/Bumping.....................................................................12

7.8    Recall From Layoff................................................................13

7.9    Personnel Files.....................................................................13

7.10   Annual Evaluation................................................................14

7.11   Vacancies.............................................................................14

7.12   New Hire Orientation...........................................................15

ARTICLE VIII  HOURS OF WORK.................................................................15

8.1    a)  Normal Work Week.........................................................15
       b)  Break Period...................................................................15

8.2    Employee Work Schedules...................................................15

8.3    Cancellation of Work Shift...................................................16

8.4    Weekends............................................................................17

8.5    On-Call.................................................................................17

ARTICLE IX   TWELVE HOUR SHIFTS..........................................................17

9.1    Twelve Hour Shifts...............................................................17

9.2 Overtime.............................................................................................17

9.3 Shift Differential..................................................................................18

9.4 Medical Coverage................................................................................18

9.5 Holidays...............................................................................................18

9.6 Bereavement.......................................................................................18

9.7 Article Terms.......................................................................................19

9.8 Creation of Twelve Hour Shifts..........................................................19

**ARTICLE X OVERTIME** .....................................................................................**19**

10.1 Overtime Definition...........................................................................19

10.2 No Duplication or Pyramiding...........................................................19

10.3 Mandatory Overtime.........................................................................19

**ARTICLE XI WAGES & SALARIES**........................................................................**20**

*Year 1- Wage Adjustment*........................................................................20

Annual Increase.......................................................................................21

Newly Employed Employees....................................................................21

**Mid Year Bonus**......................................................................................21

**ARTICLE XII SHIFT DIFFERENTIALS**...................................................................**21**

**ARTICLE XIII HOLIDAYS**....................................................................................**22**

13.1 Paid Holidays.....................................................................................22

13.2    Holiday Pay.............................................................. ..23

13.3    Holiday Scheduling........................................................ ..23

13.4    Work on a Holiday.................................................. .......23

13.5    Holidays Which Fall on a Day a Full-time Employee Is Not Scheduled to
        Work...........................................................................24

**ARTICLE XIV  VACATION.................................................................24**

14.1    Accural........................................................................24

14.2    Calculation...........................................................................24

14.3    Payment.......................................................................24

14.4    Scheduling....................................................................24

14.5    Vacation Restoration.........................................................25

14.6    Weekend Work................................................................25

14.7    Carryover of Accured Vacation..............................................26

14.8    Earned Time Off (ETO)......................................................26

**ARTICLE XV  SICK LEAVE...............................................................26**

15.1    Entitlement – Eligibility.......................................................26

15.2    Utilization.......................................................................26

**ARTICLE XVI  INSURANCE..........................................................27 -28**

16.1`    Life Insurance.................................................................27

16.2    Medical and Dental Benefits.................................................27

16.3    Insurance Policies and Contracts Govern.................................29

16.4    Long Term Disability.........................................................29

16.5      Federal or State Legislation.................................................................30

**ARTICLE XVII  OTHER BENEFITS.................................................................30**

17.1      Miscellaneous Benefits...................................................................30

17.2      Jury Duty Pay.................................................................................30

17.3      Subpoena Pay..................................................................................30

17.4      Bereavement Leave..........................................................................30

17.5      Annual Military Reserve Training....................................................31

17.6      Educational Assistance.....................................................................31

17.7      Mandatory In-Service Education Programs.......................................31

17.8      401K Plan.......................................................................................32

**ARTICLE XVIII  CLOSINGS AND TRANSFERS.................................................32**

18.1      Closures and Relocations.................................................................32

18.2      Preference for Vacancies..................................................................32

18.3      Temporary Transfers........................................................................32

18.4      Subcontracting.................................................................................32

**ARTICLE XIX  LEAVE OF ABSENCE.................................................................33**

19.1      General...........................................................................................33

19.2      Medical Leave..................................................................................33

19.3      Parental/Family Leave......................................................................34

19.4      Industrial Accident Leave.................................................................35

19.5      Educational Leave............................................................................35

19.6     Personal Leave…………………………………………………35

**ARTICLE XX  JOINT COMMITTEE……………………………………36**

20.1     Joint Committee Meetings……………………..………………36

20.2     Job Description Revisions………………………..………………36

**ARTICLE XXI  HEALTH AND SAFETY……………………………………36**

**ARTICLE XXII  PRINTING THE AGREEMENT…………………..…………36**

**ARTICLE XXIII  MISCELLANEOUS………………………………..………37**

23.1     Completeness of Agreement………………………………………37

23.2     Precedence of Laws and Regulations………………………………37

23.3     Severability……………………………………………………37

23.4     Successors………………………………………………………37

**ARTICLE XXIV  ORGANIZATIONAL CHANGES……………………………37**

24.1     Service and Seniority Credit………………………………………37

24.2     New Joint Venture……………………………………..…………37

24.3     Vacancies at other Employer Facilities…………………………..…38

24.4     Temporary Transfers………………………………………………38

**ARTICLE XXV  DURATION………………………………………………38**

**Dues Authorization Form**

**Appendix B**

**Wage Scale**

PROSPECT CHARTERCARE LLC

UNITED NURSES & ALLIED PROFESSIONALS

## ARTICLE I
## RECOGNITION

1.1   **Bargaining Unit.** In accordance with the provisions of the certification of the National Labor Relations Board in Case No. 1-RC 147842, the Employer recognizes the Union as the sole and exclusive bargaining representative with respect to salaries, hours of employment and other conditions of employment for all full-time, regular part-time and per diem staff employed by the Employer including Admission Registration, Breast Health Patient Navigator, Cashier, Central Services Tech, Central Sterile CSD Aide, Certified Nursing Assistant, Clerk General, Client Services Rep., Cook First, Cook's Helper, Courier, Driver Laundry Aide, EKG Transcriptionist, Environmental Services, Food Services Attendant, Housekeepers, Imaging Assistant, Interpreter Kitchen Attendant, Lab Assistant, Laundry, Laundry Sorter/Driver, Linen Attendant, Materials Coordinator, Materials Handler, Medical Secretary, Mental Health Worker, Mental Health Worker/Certified Nursing Assistant, Nurse Extender, Nutrition Assistant, Operator Lead, Patient Access, Patient Financial Advocator, Patient Registration Secretary, Phlebotomist/AM Draw, Phlebotomist, Reception Registrar, Registration Endoscopy, Registration ER, Registration Secretary, Registration Greeter and Clerks, Rehab Aide, Secretary, Secretary Administrative, Secretary Corresponding, Secretary Executive, Team ESD, Team Leader Transport, Telephone Operator, Unit Secretary, X Ray Aide, X-Ray Receptionist, but excluding all other employees which includes employees working at the Peace Street clinic, other professional employees, physicians, residents, interns, licensed practical nurses and other technical employees, business office employees, skilled maintenance employees, confidential employees, and guards and supervisors as defined in the Act,

1.2   **Scope of the Bargaining Unit and Agreement.** The terms "employee" and "employees" as used hereinafter in this Agreement refer only to such persons employed by the Employer and covered by this Agreement.

### 1.3     Employee Definitions.

(a)     Regular Full-Time Employees

The terms "full time employee" and "full time employees as used in this Agreement refer only to employees employed on a regular basis who are normally scheduled to work forty (40) hours per week.

(b)     Regular Part-Time Employees

The terms part time employee and part time employees as used in this Agreement refer only to employees employed on a regular basis who are normally scheduled to work at least twenty (20) hours per week but less than forty (40) hours per week.

(0)     Limited Part Time Employees

The terms limited part time and limited part time employees as used in this Agreement refer only to employees employed on a regular basis who are normally scheduled to work at least eight (8) hours per week, but less than twenty (20) hours per week

(d)     Per Diem Employees

The terms "per diem employee" and per diem employees as used in this Agreement refer only to employees who are employed on an as needed and as available basis in accordance with Employer work expectation guidelines.

(e)     The terms "temporary employee" and "temporary employees" as used in this Agreement refer only to employees who are hired (i) to work for a specific period of time not to exceed six (6) months or (ii) up to one (1) year to replace an employee who is on a leave of absence. Temporary employees are not included in the bargaining unit described herein.

### ARTICLE II
### NON-DISCRIMINATION

2.1     **Non-Discrimination.** The parties are mindful of their obligations under federal and state laws pertaining to discrimination and sexual harassment in employment, and accordingly the Employer and the Union agree that neither will discriminate against any employee with respect to matters relating to employment because of such employee's race, color, national origin, religion, sex, age, sexual orientation, disability or activity with respect to the Union in violation of such federal or state laws.

A grievance alleging a violation of this section will not be subject to arbitration if the employee has filed a claim with any government agency or in state or federal court. The

employee waives all rights to file such a claim if a grievance over this section is submitted to arbitration.

## ARTICLE III
## UNION ACTIVITIES

**3.1**   **Participation in Union Activities.** The Employer will advise all newly hired employees, at the time of their employment, that the Union is their bargaining representative. The Employer and the Union recognize the right of any employee to become and remain a member of the Union or to refrain from becoming and/or remaining a member of the Union, and neither party will interfere with any employee in the exercise of that right.

**3.2**   **New Hire Orientation.** During the new hire orientation there shall be a fifteen (15) minute break period when the Employer shall provide the President of Local 5110 or her/his designee with fifteen (15) minutes solely to orient each new hire to Local 5110, and to the provisions of the current collective bargaining agreement.

**3.3**   **Union Representative.** An authorized representative of the Union shall have reasonable opportunity to visit the Employer's facilities for the purpose of conferring with authorized representatives of the Employer and for the purpose of conferring for a reasonable period of time with a local Union representative and/or employees relative to any question arising under this Agreement. Any such visit with a local Union representative and/or employee shall not interfere with orderly operations of the Employer. Except in emergency circumstances, the Union representative shall make an appointment with the Chief Human Resources.

**3.4**   **Local Union Representatives.** The Union agrees to appoint and the Employer agrees to recognize the Union President, the Grievance Chairperson, and grievance committee members as designated by the Union as local Union representatives who may deal with the Employer concerning problems arising under this Agreement and grievances at Step 2 and above. The Employer agrees to recognize Union Vice Presidents and unit representatives designated by the Union as local Union representatives who may deal with immediate supervisors concerning problems in their units and Step 1 grievances. The Union will notify the Employer of the local Union representatives' and designees' unit designations and authority, and any change in either.

One (1) local Union representative together with the grievant who attends a
jointly scheduled grievance hearing or arbitration hearing will not lose any pay
for his/her regularly scheduled hours because of such attendance. In the case of
a class action grievance the Union representative will attend together with the
local Union representative.

3.5     **Union Activities on Employer Premises.** There shall be no Union meetings, and no
other Union activities which interfere with or are incompatible with the
Employer's operations on its premises.

3.6     **Bulletin Board.** Subject to space availability the Union may locate one 2' x 3' bulletin
board supplied by the Union in each Our Lady of Fatima locker rooms and employee
break areas that are utilized by bargaining unit employees. Such bulletin boards shall
be used for posting of notices of Union meetings, Union elections, Union social
events and information relating to employees' work. No Union notices will be posted
at locations other than these bulletin boards.

3.7     **Dues Deductions.** The Employer agrees to deduct on a weekly basis a pro rata share of
the annual dues for membership in the Union from the earnings of any employee who has
voluntarily authorized the making of such deduction by filing a written authorization
therefor with the Employer in a form annexed hereto as Appendix A. Such deductions
shall be in the amounts certified by the Union and shall be made in accordance with the
terms of said authorization. Withheld amounts will be forwarded to the designated Union
officer during the calendar month following the month in which the actual withholding
occurs, together with the record of the amount and the names of those for whom
deductions have been made.

The Employer shall not be required to make deductions with respect to an employee for a
workweek in which the employee is on an approved leave of absence or layoff, or for
which the employee shall not have received net wages at least equal to the deductions.
The Employer shall cease to make deductions upon the employee's termination, transfer
to a position not covered by this Agreement, or upon revocation of the authorization by
the employee.

The Union shall indemnify, defend and save the Employer harmless against any and all claims, demands, suits or other forms of liability that may arise out of, or by reason of, any action taken or not taken by the Employer for the purpose of complying with this Section,

3.8     Union Security. All employees who are members of the Union on the effective date of this Agreement shall maintain their membership during the term of this Agreement as a condition of continued employment.

Beginning either on the 60th calendar day following the beginning of employment or the 68th day following the effective date of this Agreement, whichever is later, an employee must become and remain a member of the Union in good standing, The Union shall indemnify, defend and save the Employer harmless against all claims, demands, suits or other forms of liability that may arise out of, or by reason of, any action taken or not taken by the Employer for the purpose of complying with this Section.

**3.9     Union Leave.** An employee who wishes to attend the Union's annual national professional issues conference, national convention or state convention may request and shall be granted Union leave in conformance with the vacation request practices applicable to the unit in which the employee works. Vacation scheduling will take priority over requests for Union leave. Each immediate supervisor will determine the maximum number of employees who may be scheduled off at any time based on the immediate supervisor's determination of staffing needs. Employees who are granted Union leave may take such time without pay or use accrued paid vacation, holiday and personal time off,

### ARTICLE IV
### MANAGEMENT RIGHTS

**4.1     Management Rights.** The Union recognizes the right of the Employer to operate and manage its facilities All rights, fimctions, prerogatives, and cliscretions of the management of the Employer, formerly exercised, potentially exercisable, or otherwise, are vested exclusively in the Employer except to the extent that such rights are specifically modified by the express provisions of this Agreement. Without limiting the generality of the foregoing, the Employer reserves to itself, subject only to the express

5

provisions of this Agreement, the management of the Employer and the right to: direct the employees and assign work, determine the quality, quantity and type of work to be performed; determine qualifications for employees; establish standards of performance and rules of conduct; require the maintenance of discipline, order and efficiency; evaluate competency and performance; hire, transfer and promote; establish, promulgate, administer, regulate, determine and redetermine policies, practices, methods, procedures and conditions related to standards of departments covered by this Agreement, performance standards for employees, patient care, staffing, research, education, training, operations, services and maintenance; determine the number and location of divisions, departments, units, and all other facilities of the Employer and whether the whole or any part of its operations shall continue to operate and where it shall operate; to lay off employees for lack of work or other reasons or to reduce an employee's work hours; determine and redetermine job content and establish, expand, reduce, alter, combine, consolidate, abolish or discontinue any job classification, department, unit, operation or service or portion thereof; subcontract work or use the services of auxiliary, temporary or volunteer employees; discharge, dismiss, suspend, demote, warn or otherwise discipline employees in accordance with section 7.4 ; require additional hours of work, including overtime work; institute, publish and republish, promulgate, implement, enforce and require adherence to rules, policies and procedures relating to any or all of its rights and prerogatives.

## ARTICLE V
## CONTINUITY OF OPERATIONS

5.1   **Union's Best Efforts.** The Union agrees that there will be no strikes of any kind whatsoever (whether general or sympathetic or otherwise), walkouts, stoppages of work, sit-downs or slowdowns, sick-outs or sit-ins, or any other interference with the Employer's activities or operations during the life of this Agreement. The Union agrees that, in the event of any violation of this provision the Union will immediately order that such violation cease, and the Union, its officers, other agents and representatives will use their best efforts to cause such violation to cease and to cause work to resume fully including notification to employees to cease such action and return to work immediately.

5.2   **No Lock-Outs.** The Employer agrees not to conduct a lock-out of employees during the life of this Agreement.

**ARTICLE VI**
**GRIEVANCE AND ARBITRATION**

6.1   **Purpose.** The purpose of this Article is to establish a procedure for the settlement of grievances which involve the interpretation and application of a specific provision of this Agreement. The grievance and arbitration procedure provided for herein shall be the exclusive procedure for resolution of disputes concerning the interpretation or application of the Agreement.

6.2   **Informal Adjustments.** The parties recognize that day-to-day problems affecting employees will normally be adjusted between the employee and her or his immediate supervisor. Such matters shall not be deemed grievances, and their settlement shall not establish a precedent for the resolution of other or similar problems between an employee and her or his immediate supervisor or elsewhere in the Employer's facilities.

Grievance and Arbitration Procedure.

6.3   **Definitions.** For the purpose of this Agreement, a "grievance" is a complaint by an employee that the Employer or the Union has interpreted or applied this Agreement in violation of a specific provision hereof and that such interpretation or application has adversely affected her or his interest as an employee under this Agreement. The term "days" as used in this Section shall mean Monday through Friday, excluding holidays. Only grievances as defined in this Article are subject to grievance and arbitration hereunder. A grievance shall also be a complaint by the Employer that the Union has violated a specific provision hereof and that such interpretation or application has adversely affected its interests under this Agreement. Any grievance which cannot be adjusted as contemplated by Informal Adjustment as described herein shall be subject to resolution in the following manner:

STEP 1. The aggrieved employee shall submit the grievance in writing to the appropriate department head within five (5) business days after the aggrieved employee first knew or should have had reason to know of the factual basis for the grievance. The grievance shall be signed by the aggrieved employee and shall state the specific provision(s) of the

7

Agreement alleged to have been violated, the facts on which the grievance is based, and the remedy sought. The department head or his/her designee as the case may be, will meet with the aggrieved employee and a local Union representative regarding the grievance and will give her or his answer in writing within five (5) business days after the conclusion of the meeting regarding the grievance.

STEP 2. If the aggrieved employee is not satisfied with the answer at Step I, within seven (7) business days after receipt of such answer, the grievance may be submitted in writing to the Chief Human Resources Administrator. The Chief Human Resources Administrator will meet with the aggrieved employee and a local Union representative regarding the grievance and will give her or his answer in writing within ten (10) business days after the conclusion of the meeting regarding the grievance.

STEP 3 If the Union is not satisfied with the answer to the grievance at Step 2, the Union may refer the grievance to arbitration by filing a written Demand for Arbitration with the American Arbitration Association and a copy with the Chief Human Resources Administrator, within twenty (20) days after receipt of the answer at Step 2

Notwithstanding the foregoing, any individual employee or group of employees shall have the right at any time to present grievances to the Employer and to have such grievances adjusted, without the intervention of the Union, provided that any grievance adjustment shall not be inconsistent with this Agreement and a local Union representative shall be given an opportunity to be present at any such adjustment.

6.4    **Union Grievance.** The Union may submit a grievance in writing at Step 2 with regard to a gtievable matter which affects either the entire bargaining unit in precisely the same way or a group of employees where the factual basis is precisely the same with respect to all members of the group. In order to be timely, a grievance must be filed within five (5) business days after any member of the unit/group knew or should have had reason to know of the factual basis for the grievance.

6.5    **Employer Grievance,** An Employer grievance against the Union shall begin at Step 2 and be subject to the same time limits described herein.

8

**6.6   Arbitrator's Function and Authority.** The function of the arbitrator is to determine the interpretation and application of the specific provisions of this Agreement to the grievance as submitted in accordance with Section 5.3. There shall be no right in arbitration of a grievance to obtain, and no arbitrator shall have any authority or power directly or indirectly to award or determine, any change in, modification or alteration of, addition to, or detraction from, any of the provisions of this Agreement. Any backpay is subject to any applicable federal, state and local withholdings as required by law.

**6.7   Effect of Arbitrator's Decision.** Subject to the Employer's right to seek to set aside or modify an arbitrator's decision in court, the decision of the arbitrator shall be final and binding upon the Employer, the Union and the aggrieved employee.

**6.8   Rules.** Any arbitration hereunder shall be conducted in accordance with the rules of the American Arbitration Association then applicable to voluntary labor arbitrations except to the extent that such rules may be in conflict with the provisions of this Agreement. In the event of any such conflict, the provisions of this Agreement shall govern.

**6.9   Expenses.** The administration fees of the American Arbitration Association and the fees and expenses of the arbitrator shall be shared equally by the parties.

**6.10 Time Limits Mandatory.** The time limits provided for herein are mandatory. Any waiver or extension thereof must be in writing, signed by an authorized representative of the party who is granting such waiver or extension and is to be bound thereby. If a grievance is once settled or if it is not presented in writing or advanced to the next step of the grievance and arbitration procedure within the time limits provided for herein, it shall be considered closed and shall not thereafter be subject to the grievance procedure or arbitration hereunder. If an answer is not given within said time limits, the grievance shall be deemed denied on the date that such answer was due and the grievance may then be referred to the next step.

## ARTICLE VII
## EMPLOYMENT STATUS

**7.1   Probationary Period.** Each newly-employed employee shall be deemed a probationary employee during her/his first three (3) months of continuous employment. The Employer may, in its sole discretion, extend an employee's probationary period up to a maximum of

ninety (90) days. During the probationary period, discipline, discharge, layoff or transfer of the employee shall be at the sole discretion of the Employer without recourse under this Agreement. The Employer will notify the Union in the event of an extension of the probationary period. An employee shall not acquire any seniority status until completion of her/his probationary period. Upon completion of the probationary period, an employee's seniority shall then be calculated from her/his date of employment. A newly hired employee will be given a copy of his/her job description and informed of the starting wage rate,

7.2   Seniority.

(a)   Full-time and part time employees who have completed their probationary periods shall have seniority. Employees shall have earned seniority for all time prior to the effective date of this Agreement in continuous employment with the Employer. For all time on and after the effective date of the Agreement, seniority shall accrue as the length of continuous employment with the Employer in a position in the bargaining unit covered by this Agreement. Employees are not eligible for and do not accrue any additional employee benefits (e.g. holiday, PTO, etc.) or seniority while on unpaid leave.

(b)   The most recent date of total continuous service with the Employer, including any period of employment outside the bargaining unit, will continue to govern with respect to eligibility for service awards, leaves of absence, annual vacation accrual, educational assistance, and performance evaluations.

7.3   **Licensure/Certification.** Each employee who is required by the Employer to be licensed or certified will advise the Employer of any revocation, suspension or other action affecting their license or certification,

7.4   **Discipline and Discharge.** An employee who has completed her/his probationary period will not receive a written warning or suspension or be demoted or discharged without just cause, The Employer will make every reasonable effort to notify the Union within forty-eight (48) hours after a suspension or discharge, but the failure to do so shall not affect any disciplinary action taken, If the Union does not receive timely notice, the time limit for filing a grievance will be seventy-two (72) hours after such notification to the Union.

An employee who is required to meet with a supervisor or manager for the purpose of investigating circumstances that might reasonably lead to the employee being disciplined, or for the purpose of imposing discipline, shall be permitted to have a union representative present. In either instance, the supervisor or manager shall inform the employee of his/her right to have such a representative present; provided, however, that the failure of a supervisor or manager to so advise an employee shall not in and of itself negate or adversely affect any disciplinary action taken by the Employer with regard **to** with regard to that employee. The supervisor/manager will postpone for a reasonable period of time any such meeting if a local representative is unavailable to attend.

7.5   <u>Loss of Seniority.</u> Seniority and all rights and benefits under this Agreement shall terminate and be lost by the employee for the following reasons:

(a)   Voluntary resignation

(b)   Discharge in accordance with section 7.4

(a)   Failure on recall from layoff to report to work within three (3) working days following the mailing of notice of recall by certified mail to the employee to report to work.

(d)   After layoff of twelve (12) months.

(e)   Other employment during a leave of absence, unless approved by the Employer.

(f)   Failure to return upon expiration of leave of absence.

(g)   An absence from work for more than three (3) consecutive work days without notifying the Employer before the expiration of said three (3) consecutive work days

(h)   Not performing any work for Employer for a period of twelve (12) months

7.6   <u>Seniority List,</u> The Employer will post and furnish to the Union a seniority list within sixty (60) days of signing of this agreement. A revised seniority list will be furnished to the union and to the Local President effective the pay period ending closest to January lof each year, unless due to a reduction in the work force, a list is otherwise required. An employee may protest his or her seniority within thirty (30) days after the list is provided

7.7   Layoff/Bumping;

When the Employer decides to reduce the workforce through layoff, the Employer will designate the employees in the positions (job classification, unit, hours per week, and shifts) to be eliminated in inverse order of seniority within the Job Groupings as set forth under Appendix B, and the following procedures shall apply.

(a)   Employees who have been designated for layoff may fill an available bargaining unit vacancy provided they are "qualified". An employee will be required to fill an available vacancy for which she/he is qualified if it involves the same department or work unit, number of hours per week, and shift as the position the employee held when the employee was designated for layoff. The term "qualified" as used herein means that the employee has the present ability to perfonn the essential fiinctions of the job and, with an orientation not exceeding fourteen (14) calendar days, could perform the full range of duties in a competent manner.

(b)   If an employee does not fill a vacancy pursuant to the preceding paragraph, then the employee will have the option to be laid off or, if qualified, to displace pursuant to the following order of displacement;

The Employee will have the option to displace the least senior employee within the same Job classification and work shift, or if unable to displace on the same shift, then the least senior employee in the job classification irrespective of shift.

For displacement purposes, employees hired/assigned as thirty-six (36) hour employees shall be considered &II time employees (i.e. a thirty-six hour employee can bump an employee who regularly works forty hours).

A regular part time employee can only displace another regular part time employee provided however that a part time employee cannot bump into another part time position with a greater number of regular work hours than the part time position previously held.

An employee who is displaced as per the 1st paragraph above, or an employee who does not have the requisite seniority to exercise a displacement as per the 1st paragraph, shall in turn have the option to displace the least senior employee within the same

classification, or if no such opportunity exists, the least senior employee within the employee's job grouping as set forth under Appendix B, and the employee who is displaced as a result of that action shall then be laid off.

A courier or laundry/sorter driver may bump the least senior employee in Category 10 under Appendix A, provided that there is no least senior employee in category 11 to displace.

A Phlebotomist may bump the senior employee in Category 7 provided that there is no least senior phlebotomist to displace.

7.8   **Recall From Layoff.** Notices of vacancies will be sent to employees on layoff with recall tights and such employees shall have the right to apply and be considered for vacancies along with active employees. If the vacancy is not filled through the internal vacancy filling process, employees in the job classification and unit where the vacancy exists who are qualified as defined above and who have recall rights will be recalled to the vacancy in order of their respective seniority. Such employees shall be recalled in order of their respective seniority. Recall rights shall apply for a period of twelve (12) months from the date of layoff, provided that an employee shall lose recall rights if she/he rejects recall to a position in her/his job classification and unit with the same shift and hours which the employee worked when she/he was laid off. While on layoff status, employees shall continue to be eligible to apply for vacant positions which are posted within the Employer's facilities.

7.9   **Personnel Files**

The Employer will maintain one official personnel file for formal personnel documents relating to an employee. An employee will be given reasonable access to his/her personnel file by prearrangement with the Human Resources office. An employee will be given a copy of any document to be added to his/her personnel file which is critical of the employee's performance or conduct. The employee will be required to initial a copy of any such document. Such shall signify that the employee is aware of the document, but shall not signify agreement with its contents. Copies of grievance procedure papers (grievance, answers and appeals) shall be included in a file separate from the employee's

13

personnel file. Such papers shall not be considered in decisions regarding promotion, transfer or assignment.

The Employer will remove from an employee's personnel file documentation of disciplinary action concerning attendance violations if the employee has no other disciplinary action related to attendance during the 15 month period following such disciplinary action

7.10 <u>Arutual Evaluation.</u> Performance evaluations will normally be conducted upon the completion of the 90-day initial evaluation period and generally every 12 months after the date of hire. The actual frequency of evaluations may vary depending upon an employee's length of service, job position, past performance, changes in job duties or performance problems. The Employer shall have the right to determine the content and format of performance evaluations. The categories evaluated will take into account the duties and responsibilities included in the employee's job description. Except for disciplinary actions that are a consequence of evaluations, all matters relating to employee evaluations shall not be subject to the grievance and arbitration procedures in this Agreement. The Employer has the right to establish a performance and improvement plan based on the evaluation. The decision to place an employee on a performance and improvement plan shall not be subject to grievance and arbitration.

7.11 <u>Vacancies.</u> If the Employer decides to fill a vacancy in a bargaining unit position, the vacancy will be posted for a period of ten (10) calendar days, inclusive of weekends and holidays. Among qualified employees of the Employer who apply for a bargaining unit vacancy, the vacancy will be awarded based on the comparative ability and performance (collectively the qualifications) of the applicants. As between two (2) or more employee applicants whose qualifications are relatively equal, the position will be awarded to the applicant with the most seniority. The Employer will select an internal bargaining unit applicant over an external applicant unless the external applicant is substantially more qualified. The Employer will provide intranet access listing all current bargaining unit vacancies. An employee will not be eligible to bid on another bargaining unit position during his/her probationary period, unless mutually agreed by the Hospital and the Union,

however that an employee will not in any case be prohibited from bidding on a position in his/her work unit/department.

7.12 <u>New Hire Orientation.</u> The Employer will provide all newly hired employees with an orientation. The Employer, will determine the content and extent of the unit orientation for a new hire, taking into account the new hire's skills and experience. Before taking an independent assignment, new hires will be oriented to essential unit policies and procedures, equipment, and location and the frequently occurring activities necessary for the new hire to function competently. All employees are expected to support, guide, and serve as a resource to new hires and to work to provide a climate in which new hires are encouraged to seek their assistance when they have questions or are exposed to a policy or procedure which is new to them.

## ARTICLE VIII
## Hours of Work

8.1   (a)    The normal work week shall begin on Sunday at 7:00 am. The normal work week for full-time employees shall be forty (40) hours, consisting of either five (5) shifts of eight (8) hours or four shifts of ten (10) hours, exclusive in both cases of a thirty (30) minute meal period.

  (h)    An employee is entitled to receive one (1) twenty minute paid rest break during each full shift. Part time employees working a shift of eight (8) hours or more shall be entitled to a thirty (30) minute meal period and one (1) fifteen (15) minute rest break. The Employer reserves the right, upon thirty (30) calendar day's notice to affected employees, to institute work schedules which provide varying work weeks, work days, hours of work, shifts and/or starting and quitting times.

8.2   **Employee Work Schedules.** The parties recognize that the operating needs of the Employer require that the Employer be free to schedule employees consistent with those operating needs and consistent with the provisions of this Article. Before making any permanent schedule change, within a seven (7) day period following notice to the Union, the Employer will meet and confer with the Union regarding the permanent schedule

change. An employee will be given thirty (30) calendar days' notice of any permanent schedule change. The Employer will first seek volunteers from among the employees in the group affected by a schedule change and, if there are not sufficient volunteers, will either select the least senior qualified employees from among such employees or rotate the assignment until the next vacancy arises on that shift at which time the rotated hours will be the posted position.

Work schedules will normally be maintained so that a department continuously has four (4) weeks of current time schedules. The Employer will make a good faith effort to avoid making changes in posted schedules. However, if the Employer determines that, due to unusual circumstances, operating needs require an employee's or employees' schedule(s) to be changed, the employee(s) on the unit affected will make a good faith effort to accommodate the change. If despite such good faith effort, the Employer's needs are not accommodated, the Employer may proceed with the schedule change(s) and the employee(s) affected will have the right to grieve the appropriateness of the change(s). Any such schedule change(s) will, to the extent practicable, be rotated equitably among available staff. An employee may exchange a work schedule with another qualified employee with the knowledge and consent of the employee's supervisor.

**83**   **Cancellation of Work Shift.**

An employee's scheduled work shift shall only be cancelled due to an unusual emergent circumstance, or because of low census.

Should the Employer implement a work shift cancellation on an operational unit experiencing a temporary reduction in census, the Employer will first seek volunteers from among employees scheduled to work on the date and work shift(s) affected by the census. Should the Employer not receive the number of volunteers needed, the employees affected by the low census may then be cancelled in inverse order of seniority, on a rotational basis.

The work shifts of per diem employees assigned and scheduled to an operational work unit affected by low census shall be the first to be cancelled prior to the cancellation of a regularly scheduled full or part time employee.

Once an employee's scheduled work shift has been cancelled, 1) the employee will not be the subject of any further mandatory cancellations until the other employees in the same job classification and assigned to the same operational work unit and work shift have been cancelled.

An employee may use up to two days of personal time annually should the employee experience a cancellation of a scheduled work shift(s)in order that the employee not suffer a reduction in the employee's compensation for the pay period during which the cancellation occurred.

8.4   **Weekends.** Employees who are assigned to work weekends will not be required to work more than twenty-six (26) weekends in a calendar year and will normally be scheduled so that they receive every other weekend (7:00 am. Saturday to 7:00 a.m. Monday) off. Notwithstanding the foregoing, employees may be hired or may fill positions which involve them working more frequently than set forth above and current employees may volunteer to work more frequently than set forth above. Weekend work applies to all work areas and departments as the Employer, its sole judgment, deems warranted.

8.5   **On-Call.** The Employer reserves the right to require employees to be on-call in any unit as the Employer in its sole judgment deems warranted. On-call occurs when the Hospital assigns an employee who is not assigned to work to be available during a period of time established by the Hospital to come in to work.

## ARTICLE IX
## TWELVE HOUR SHIFTS

9.1   **Twelve Hour Shifts.** The hours of work for twelve-hour positions shall typically be 7:00 a.m. to 7:30 p.m. or 7:00 p.m. to 7:30 a.m., but shall in any case include a 30-minute shift overlap.

9.2   **Overtime.** When approved by the Hospital, all hours actually worked by a non-exempt employee, who is regularly scheduled to work twelve-hour shifts, in excess of twelve (12) hours in a work day or forty (40) hours in a work week shall be paid at time and one-half the employee's regular rate of pay. An employee who is regularly scheduled to work twelve-hour shifts shall not receive overtime for hours worked in excess of eight (8) hours in a work day.

17

**9.3**   **Shift Differential.** An employee who is regularly scheduled to work twelve-hour shifts shall receive a shift differential for hours worked between 3;00 pm, and 7:00 am. in accordance with Article IX Wages. For example, if an employee is regularly scheduled to work 7;00 p.m. to 7:30 a.m., the employee would receive the evening shift differential for the four (4) hours of work from 7:00 p.m. to 11:00 p.m., and the night differential for the eight (8) hours of work from 11:00 p m to 7;30 am.

**9.4**   **Medical Coverage.** An employee will be treated as a full-time employee for purposes of the Hospital's medical plan if the employee is regularly scheduled to work a minimum of three (3) twelve-hour shifts per week. For all other purposes, the employee shall be treated as a part-time employee.

**9.5**   **Holidays.** An employee who is regularly scheduled to work twelve-hour shifts will be scheduled to work a twelve (12) hour shift on minor holidays and New Year's Day and an eight (8) hour shift on Christmas Day and Thanksgiving Day. In addition, an employee who is regularly scheduled to work twelve-hour shifts and works on a holiday will receive a substitute twelve-hour day off or eight-hour day off, depending upon the holiday worked.

Time worked in excess of a regular twelve-hour shift on a holiday will be paid at two and one-half (2 1/2) times the employee's regular rate of pay. For a full-time employee who is regularly scheduled to work twelve-hour shifts, if a holiday falls on the employee's regular day off, the employee will receive only a substitute twelve (12) hour day off for minor holidays and New Year's Day or a substitute eight (8) hour day off with pay for Christmas Day and Thanksgiving Day. A part-time employee who is regularly scheduled to work twelve-hour shifts will receive neither pay nor a substitute day off if the employee does not work on the holiday.

**9.6**   **Bereavement Time.** An employee who is regularly scheduled to work twelve-hour shifts who has completed thirty (30) days of continuous employment and who suffers a death in the immediate family will be granted time off not to exceed a maximum of three (3) scheduled work days within the seven-day period following the date of death, provided That an employee will receive no more than 24 hours of pay for time off during such three-day period.

An employee may also choose to receive up to twelve (12) hours of vacation time for such three (3) day period. An eligible employee who is regularly scheduled to work twelve-hour shifts will be granted time off for a scheduled work day which falls on the day of the funeral of a grandparent or current mother-in-law, father-in-law, brother-in-law or sister-in-law and will receive eight (8) hours of pay on such day, but may also choose to receive four (4) hours of accrued vacation time on such day.

9.7   <u>Article Terms.</u> In the event of any conflict between the terms of this Article and any other provision of this Agreement, the terms of this Article shall prevail. Except as expressly provided in this Article, an employee shall receive no pay or benefits above what he/she is presently receiving as a result of working in a twelve-hour position.

9.8   <u>Creation of Twelve-Flour Positions.</u> No bargaining unit members will be laid off or reduced in hours to accommodate the creation of 12 hour shifts.

ARTICLE X
OVERTIME

**10.1 <u>Overtime Definition.</u>** All hours worked by a non-exempt employee, when approved by the Employer of forty (40) hours in a week or in excess of eight (8) in a work day shall be paid at time and one half the employee's regular rate of pay.

**10.2 <u>No Duplication or Pyramiding.</u>** There shall be no duplication or pyramiding of overtime or premium pay.

**10.3 <u>Mandatory Overtime.</u>** A volunteer sign-up sheet for extra hours shall be posted in each unit/department with each work schedule. In accordance with current practice, extra hours will be assigned equitably among volunteers, first among those who would not be working at overtime and then, if there are none left to work at straight-time, among those who would be working at overtime Such volunteers shall be assigned to work extra hours before any employee is mandated to do so.

Before mandating an employee to work overtime, qualified volunteers will be sought from among regular and per diem employees, both on and off duty, on the unit and shift, if the need arises, from an availability list that will be updated regularly. If there is not sufficient time prior to the start of the shift to contact such employees and an employee is

19

mandated to work overtime, efforts will continue to contact such employees, to determine if they will work all or part of the remainder of the shift Mandatory overtime shall not be used unless volunteers have been sought, as described above. In the absence of a volunteer, an employee who is mandated will remain on duty unless and until relieved by another employee. When the Employer knows at least twenty-four (24) hours in advance that an open shift will need to be filled, every reasonable effort will be made to fill it in advance so that an employee will not be required to work a double shift.

When the Employer determines that an employee may be needed to work mandatory overtime, the Employer will notify the qualified employee on the unit who is on duty and has not worked overtime for the longest period of time that she/he may be required to work the shift in the absence of a volunteer.

Except in extenuating circumstances, an employee who works a mandatory double shift and who is scheduled to work another shift within sixteen (16) hours after the end of the double shift will have the option to be relieved without pay from working the other shift.

## ARTICLE XI
## WAGES AND SALARIES

_Year 1 - Wage Adjustment_ On the Effective Date of the Agreement, Employees shall receive base increases as follows:

**Category 1:** Employees above the base rates and with less years of service than set forth below shall receive a 2% base wage rate increase.

**Category 2:** Employees above the base rates and years of service set forth below shall receive a 5% base rate increase.

**Category 3:** Employees below the base rates and years of service set forth below shall receive a **4%** base rate increase.

**Category 4:** Employees below the base rates but above the years of service set forth below shall receive an 8% base rate increase.

| Job Classification | Base Rate | Years of Service |
|---|---|---|
| CNA/PHLEB/MH Worker | $16.32 | 8 |
| Lab Assistant | $15.61 | 8 |
| *Environmental | $14.08 | 5 |
| Food Service Attendant | $12.96 | 5 |
| Kitchen Attendant/Cook's Helper | $12.65 | 5 |
| Courier | $14.29 | 5 |
| Cashier-Dietary | $11.91 | 5 |
| Reg Secretary/AMLIM/Receptionist/Interpreter | $17.33 | 15 |
| Unit Secretary | $17.40 | 15 |
| Cook-First | $22.60 | 20 |
| Medical Secretary | $18.35 | 20 |

*Environmental Includes the Following: Telephone Operator, Nurse Extender/Central Service Tech./OR Materials Coordinator/Image Assist/X-Ray Aide/Clerk/Linen Attendant/Transporter*

- **Annual Increase:** On the second anniversary date of the Agreement, employees will receive a 2% wage increase

- **Newly Employed Employees:** An employee hired after the effective date of this Agreement will be placed on the new hire wage scale attached hereto as Appendix C. The initial salary placement shall be determined by the Employer based upon its assessment of the employee's prior work experience, education, special training and other job related qualifications. Thereafter, the employee will receive wage increases as set forth herein.

**Mid Year Bonus:** Employees who have completed one year of service as of June 1 of 2017 and 2018 shall receive the following lump sum bonus at the conclusion of the first pay period in June:

- o Full Time: $150

- o Part Time: $75

**ARTICLE XII**
**SHIFT DIFFERENTIALS**

- Evening Differential: The shift differential for the evening shift (3:00 pm to 11:30 pm) shall be $1.50 per hour.

- Night Differential: The shift differential for the night shift (11:00 pm to 7:30 am) shall be $2.50 per hour.

- Eligibility: Employees must work 50% or more of his/her hours in the evening or night shift to be eligible for the differentials set forth herein.

- Weekend Differential: Maintenance of existing formula

- On Call Pay: The Employer will pay employees who are assigned to be on-call at the rate of $1.50 per hour during such on call period. All employees "called back" to work after leaving the premises will be paid at an overtime rate plus any applicable shift and/or weekend differential with a guaranteed minimum of three (3) hours. Employees who are called to work prior to the start of a regularly scheduled shift and then continue to work into their regular shift time will receive the on-call pay rate, plus the guaranteed 3-hour minimum for any time worked during their on-call schedule, but will revert to regular earnings when their regular shift commences.

- Per Diem: The per diem wage rate for an employee will be one dollar ($1.00) per hour above the hourly wage rate provided for on the applicable wage scale that the employee would earn commensurate with the employees' years of service as a hill or parr time employee.

### ARTICLE XHI
### HOLIDAYS

**13.1 Paid Holidays.** Full-time employees will be eligible for the following ten (10) paid holidays:

| | |
|---|---|
| New Year's Day | Labor Day |
| Washington's Birthday | Columbus Day |
| Memorial Day | Veteran's Day |
| Independence Day | Thanksgiving Day |
| Victory Day | Christmas Day |

A part-time or limited part-time employee will be eligible only for those named paid holidays which fall on the employee's regularly scheduled work day. If a holiday falls

during an employee's leave of absence, no holiday pay or substitute holiday off with pay will be granted.

The holiday will be celebrated on the holiday itself for units that are open on the holiday and will be celebrated on the day on which the holiday is celebrated by the State of Rhode Island for units that are not open on the holiday.

Holiday time is not cumulative and must be taken within thirty (30) days before or ninety (90) days after the holiday. The Hospital will schedule the employee for such holiday time, and if it fails to do so, will pay out the holiday time to the employee.

**13.2** **Holiday Pay.** Holiday pay shall be computed on the basis of the employee's base rate plus shift differential, if the employee is regularly assigned to the evening or night shift, multiplied by the number of hours which the employee would have worked that day had it not been a holiday. Hours granted for holiday pay are excluded from all calculations of overtime.

**13.3** **Holiday Scheduling.** Each employee will be expected to work her/his fair share of named holidays. The fair share scheduling will be in accordance with existing practices of individual units. The holiday rotation schedule will be posted by January 15 of each year. It may be superseded or changed if operating needs so require in the sole judgment of the Employer. In the event that an employee's holiday work commitment conflicts with her/his weekend off, the holiday commitment prevails. The Employer will endeavor not to schedule an employee to work a particular major holiday (i.e,, New Year's Day, Thanksgiving Day, and Christmas Day) during a period of two (2) consecutive *years.* The Employer will endeavor not to schedule an employee to work both a shift that begins on the day before a major holiday and a shift that begins on that major holiday.

**13.4** **Work on a Holiday.** An employee who works the holiday will be paid at the employees' regular rate of pay for all hours worked on the holiday. In addition, the employee will receive a substitute day off with pay. Time worked in excess of the employee's regular shift of at least eight and one-half (8 1/2) hours on a holiday will be paid at two and one-half (244) times the employee's regular rate. Part time and per diem employees working a holiday shall receive double time when working a holiday in lieu of a substitute day off.

133 <u>**Holidays Which Fall on a Day a Full-Time Employee Is Not Scheduled to Work.**</u> If a holiday falls on a full-time employee's regular day off, the employee will receive a substitute day off with pay.

**ARTICLE XIV**
**<u>VACATION</u>**

14.1 <u>Accrual</u>

Full-time and regular part-time employees shall accrue vacation as per the following:

| Length of **Continuous Employment** | Rate of Accrual per worked **Hour***  | Maximum Weekly **Accrual** | Maximum **Annual Accrual** |
|---|---|---|---|
| **0** to 3 years | **.038** Hours | 1.54 Hours | 80 Hours (2 weeks) |
| 4 to 10 years | .0577 Hours | 2.31 Hours | 120 Hours (3 weeks) |
| 11 to 24 years | .077 Hours | 3.077 Hours | 160 Hours (4 weeks) |
| 25+ years | .0962 Hours | 3.85 Hours | 200 Hours (5 weeks) |

* up to a cap of 40 hours.

14.2 <u>Calculation</u>

Payment of vacation will be at the employee's regular straight time rate of pay, plus evening or night shift differentials for employees regularly assigned to evening or night shifts, up to the employee's scheduled hours for each vacation day.

Whenever an employee's vacation accrual rate changes, the employee's new accrual rate will begin with the first pay period following the date of the change.

No employee will accrue vacation during an unpaid leave of

absence. 14.3 <u>Payment</u>

When an employer recognized holiday occurs during an employee's scheduled vacation, the day will be paid as holiday time instead of vacation time.

If an employee is called to Jury Duty at a time which coincides with a scheduled vacation, the vacation will be rescheduled.

14.4 <u>Scheduling</u>

Use of vacation time must be approved in advance by the employee's immediate supervisor, who will determine the maximum number of employees who may be scheduled off at any time based upon a determination of the staffing needs of the operational work unit.

Vacation requests must be received by a deadline established by the operational unit, which shall not be later than April 1. Each immediate supervisor will determine the maximum number of employees who may be scheduled off at any time based on the immediate supervisor's determination of staffing needs. Vacation requests must be received by a deadline established by the supervisor of the operational unit which shall not be later than April 1. Such requests will be answered by April 15 and will cover the 12 month period beginning May 1 (the "vacation year"). Vacation requests received after the deadline for submission will be considered on a first come, first served basis after those which were submitted by the deadline. In the event of conflicting requests within a particular work unit, preference shall be given to the employee with the greatest term of bargaining unit seniority.

Vacation schedules shall be posted no later than May 1st of each year. During prime time (June 1 through Labor Day) preference shall be given to requests for whole weeks.

When considering requests for vacation during prime time, the Employer will first accommodate as many employees within a work unit as it can for up two (2) weeks in duration and then, if any additional vacation can be granted during prime time, further requests will be considered,

## 14.5 Vacation Restoration

If a proven illness or accident preventing work occurs prior to and/or extends into an employee's scheduled vacation, the vacation shall be postponed and another vacation period assigned. If a documented illness occurs after an employee commences his/her vacation, the employee may take sick time in lieu of vacation and another vacation period will be assigned.

## 14.6 Weekend Work

An employee shall not be required to perform any weekend work on the weekends during which the employee is scheduled for vacation.

## 14.7 Carryover of Accrued Vacation

An employee may accumulate unused vacation time up to a maximum of not more than one and three quarters (1 %) times the employee's annualized vacation accrual. Once the employee reaches the maximum vacation accrual the employee will no longer accrue vacation time until their balance falls below the maximum.

## 14.8 Earned Time Off IET01

**Employees** who participate in the Employer's Earned Time Off (ETO) compensation program shall continue to do so under the same terms and conditions as established previously.

### ARTICLE XV
### SICK LEAVE

## 15.1 Entitlement - Eligibility

All full time and regular part time employees shall be eligible to accumulate paid sick time as provided herein. Probationary employees will accumulate paid sick time during their probationary period but may not use it until after the completion of their probation.

Employees shall accrue paid sick time as per the following:

.0385 hours per paid work hour

Payment of sick time will be at the employee's regular straight time rate of pay, plus evening or night shift differentials for employees regularly assigned to evening or night shifts, up to the employee's scheduled hours for each paid sick day.

## 15.2 Utilization

**An employee** may utilize sick leave for personal illness or injury, for physician visits, disability, or when necessary to care for the employee's parent, spouse (including common-law spouse), child, mother-in-law, father-in-law because of their illness or injury. In addition, an employee may use up to two days for personal use other than for

illness, and/or in cases when an employee's scheduled work shift is cancelled by the Employer.

Employees who currently participate in the Employer's Earned Time Off compensation program and who have retained accrued sick time hours may use those hours for illness, irrespective of the length, and visits to a physician.

In order to receive sick time pay, an employee must have notified his/her Department Head or immediate supervisor or designee not later than two (2) hours prior to the commencement of the employee's scheduled work shift, but in no event no less than one (1) hour prior the commencement of the work shift unless the employee is unable to do so. In such case, the employee shall notify the Employer as soon as possible.

An employee must furnish a medical certificate from the employee's physician in the case of an absence of five (5) or more consecutive work days, or if the Employer has reason to believe that the attendance policy is being abused, or that such certificate is necessary to ensure that an employee is medically fit to return to work.

## ARTICLE XVI
## INSURANCE

### 16.1 Life Insurance

The Employer will provide life insurance with the same benefits and waiting period as in effect on the date of this Agreement. These benefits are subject to change as described herein.

### 16.2 Medical and Dental Benefits

Health and Welfare Plans. Employees shall participate in the CharterCare Health and Welfare benefit plans (medical, dental, vision, disability, life, etc,) as specified herein, The Employer may modify the plan designs or any other aspects of the benefit plans, provided such modifications also apply to non-represented employees, as specified herein.

All eligible employees who currently are enrolled in the medical insurance programs offered by the Employer, specifically, the Preferred EPO, Limited PPO or Premier PPO

insurance plans, shall continue to pay the dollar amounts for each on a per payroll period basis and said amounts shall remain in effect until January 1,2017.

As of January 1, 2017, Employees and the Employer will share the premium cost of the plans on the following basis:

| | Preferred EPO Plan | | | Limited PPO Plan | |
|---|---|---|---|---|---|
| | *Employer* | *Employee* | | *E plover* | *Employee* |
| **Full-Time* | *83%* | *17%* | | *75%* | *25%* |
| *Part-Time* | *70%* | *30%* | *EE* | *65%* | *35%* |
| | | | *EE +* | *55%* | *45%* |

**Defined as working/averaging a minimum of thirty-two (32) hours per week.*

Employees shall maintain the existing cost sharing percentages through December 31, 2018. Effective January 1, 2018 employees participating in the CharterCare EPO or Limited PPO plan shall contribute on the following basis:

*Effective January 1, 2018:*

<u>*EPO Plan*</u>

<u>Full-Time</u>

*20% (all levels of coverage)*

<u>Part-Time</u>

30% (all levels of coverage)

The Limited PPO contribution percentages set forth above for 2017 may not increase by more than five (5%).

The current contribution percentages for the Value and Premier PPO plan shall remain constant for the term of the Agreement

The Employer may make the following changes to its health care plans.

- Deductibles Increase by no more than $125 per year

- Out of Pocket Maximums: Increase by no more than $400 per year

- PCP and Specialty Co-Pays: Increase by no more than $10 per year*

    o   Inpatient/Out Patient Co-Pays: Increase by no more than $25 per year**

    o   Prescription Co- Pays: Increase by no more than $5 per level per year

\* *Waived (fusing Chartercare owned physicians or IRAs.*

\*\* *Waived if using Chartercare facilities and having satisfied deductible.*

Nothing herein shall preclude the Employer from making additional changes to carrier, eligibility, coverage, benefits or cost of the insurance programs, provided such changes provide benefits that are substantially equivalent to those in effect as of the date of this Agreement.

Effective January 1, 2016, Employees and the Employer will share the premium cost of the dental plans on the following basis: -

DENTAL PLAN

<u>Standard Plan</u>

<u>Employer Employee</u>

| Employer | Employee |
|:---:|:---:|
| 85% | . 15% |
| 70% | 30% |

**16.3** <u>**Insurance Policies and Contracts Govern,**</u> It is understood that the Employer may itself operate the insurance programs in this Article or instead may maintain policies or contracts with insurance companies which will administer said programs. In the event that the Employer maintains policies or contracts with insurance companies which will administer said programs, the following provisions shall apply. The benefits and eligibility requirements under these programs shall be as fully provided in the applicable insurance policies and contracts. The benefits under such programs shall be subject to such conditions and limitations as are set forth in the policies or contracts of insurance. Any disputes concerning eligibility for or payment of benefits under any such policies or contracts shall be settled in accordance with the terms thereof and shall not be subject to arbitration hereunder.

16.4 <u>Jag Term Disability.</u> The Employer will provide long-term disability insurance with the same benefits and waiting period as in effect on the date of this Agreement.

29

16.5 **Federal or State Legislation.** Should any federal or state legislation be effective during the term of this Agreement providing benefits paralleling any of those provided under this Article and imposing the cost thereof on the Employer, then and to that extent the parallel benefits provided under this Article shall cease and become inoperative, and the Employer shall be relieved of the cost thereof

**ARTICLE XVII**
**OTHER BENEFITS**

17.1 **Miscellaneous Benefits.** The Employer provides an employee assistance program and discounts for Hospital Services. The Employer shall provide at least 30 days' notice to the Union of any change in these programs. Any request from the Union to discuss the changes shall not delay their administration at the end of the notice period.

17.2 **Jury Duty Pay.** An employee who has completed her/his probationary period is eligible for jury duty pay. The Employer will pay an employee the difference between the amount received for jury duty and the amount the employee would have earned at their base rate of pay plus shift differential for employees who are assigned to work permanent evening and night shifts for each day of jury service on which the employee was scheduled to work. To be eligible for pay under this section, an employee must furnish documentary evidence from the court which sets forth the amount of such fees received by the employee as a juror.

17.3 **Subpoena Pay.** An employee who is subpoenaed and appears as a witness in any court or agency proceeding which arose out of or as a result of the employee's employment will be paid at her/his base hourly rate for the lime required for such appearance and testimony.

17.4 **Bereavement Leave.** A full-time or part-time employee who has completed thirty (30) days of continuous employment and who suffers a death in the immediate family will be granted time off without loss of pay, not to exceed a maximum of three (3) scheduled work days. Such leave will be allowed within seven (7) days after the date of death.

Immediate family includes parent, spouse, brother, sister and child domestic partner, grandparent or grandchild.

An eligible employee will be granted time off without loss of pay for a scheduled work day which falls on the day of the funeral of a grandparent or current mother-in-law, father-in-law, brother-in-law or sister-in-law.

An eligible employee who needs additional time off from work beyond that set forth above may request additional bereavement leave which may be granted or denied in the sole discretion of the Employer. Any request will be given fair consideration by the Employer. If granted, the employee will use their vacation and personal time and, if none, will be placed on excused absence or personal leave of absence

**17.5 <u>Annual Military Reserve Training.</u>** A hill-time employee who has completed at least twelve (12) continuous months of employment and who is required to attend annual military reserve training as a member of the Armed Force Reserves or National Guard will be paid the difference between the employee's military training pay received for the period of training and her/his regular pay computed at the employee's base rate plus shift differential for employees who are assigned to work permanent evenings and night shifts, and based on the regularly scheduled hours which the employee would have worked during the period. An employee shall not receive supplemental pay for more than fifteen (15) days on which the employee would have worked in any calendar year. Payment will be made following receipt of documentation evidencing the military pay received.

**17.6 <u>Educational Assistance.</u>** The tuition assistance benefit for courses shall be as follows:

Full-time — eight (8) credits, subject to a maximum benefit of $1,500.

Part-time — four **(4)** credits, subject to a maximum annual benefit of $800.

**17.7 <u>Mandatory In-Service Education Prourams.</u>** Employees are required to attend mandatory in-service education programs for their area of practice. Employees who are unable to attend a scheduled mandatory program will be required to attend a make-up program as scheduled by the employee's supervisor no later than 30 days before the deadline for completion of such mandatory program. An employee who fails to successfully complete a mandatory program associated with her/his area of practice within required time frames will not be allowed to continue to practice in her/his position until such mandatory program has been successfully completed, The employee's

supervisor shall provide written notice of the make-up program and written notice that failure to attend the program will result in the employee not being allowed to continue to practice in her/his position until she/he has successfully completed the mandatory program. The Employer will make mandatory programs accessible to employees during paid time. The Employer will make available to employees a schedule of in-service program offerings

**17.8 401K Plan.** Employees will be offered the Hospital's defined contribution plan, as it may be amended, provided the benefits remain substantially equivalent to the benefits in effect as of the effective date of this Agreement. The Employer's matching contribution schedule will be as currently provided, and the matching contribution made on a per payroll period basis to the participating employee's account.

ARTICLE XVI<del>OI</del><br>CLOSINGS AND TRANSFERS

**18.1 Closures and Relocations.** If the Employer decides to close a unit or department in which bargaining unit employees are employed or to relocate it to the Employer's Specialty Care facility, the Employer will notify the President of the Union at least thirty (30) days in advance of implementation of the decision and, upon request, meet with the Union to discuss the effects of the decision upon bargaining unit employees.

**18.2 Preference for Vacancies.** An employee who is laid off as a result of a closing a unit or department will be given preference for bargaining unit vacancies in the classification the employee held at the time of layoff, provided the employee is qualified as defined herein.

**18.3 Temporary Transfers.** An employee who is transferred temporarily to another facility of the Employer will retain her/his bargaining status. A non-bargaining unit employee from another facility of the Employer who is transferred temporarily to a facility of the Employer to perform work within the scope of work performed by bargaining unit employees will retain her/his non-bargaining unit status.

**18.4 Subcontracting.** The Employer shall not subcontract bargaining unit work during the first six (6) months of this Agreement. Thereafter, in the event the Employer subcontracts bargaining unit work, the Employer will require that such subcontractor offer employment to the employees in the impacted classifications. Employees accepting

32

such offers shall retain job bidding and bumping rights as described herein and shall retain their original date of hire with the facility for seniority purposes when seeking to exercise those rights.

Employees who reject the offer of employment from the subcontractor will have the following options:

1.     Be placed in a bargaining unit vacancy (if available) provided the employee has the skill and ability to perform the duties of the job as defined herein

2,     If no vacancy is available, the affected employee may displace a less senior employee in a job classification covered by this Agreement according to the procedures described herein.

3.     If the affected employee does not have the requisite seniority to ability to displace

a less senior employee, or chooses not to exercise her/his right to displace a less senior employee, then employees who have completed their probationary period will be eligible for the following:

A.     Payout of earned but unused vacation and sick time; and

B.     One Week pay for each year of service up to a maximum of 10 weeks,

## ARTICLE XIX
## LEAVE OF ABSENCE

**19.1 General.** Leaves of Absence are continuous periods of absence from work, whether paid or unpaid, for the reasons set forth in this article.

**19.2 Medical Leave.** A leave of absence for personal illness or injury will be granted up to the maximum period shown in the following schedule:

| Length of Continuous Employment | Maximum Leave |
|---|---|
| After twelve (12) months and 1,250 hours worked | 13 work weeks |

33

| 2 years - 5 years | 26 work weeks |
| 6 years - 9 years | 39 work weeks |
| 10 yrs + | 52 work weeks |

An employee who returns from a Medical Leave during the first thirteen (13) weeks will be reinstated to the position which the employee held at the start of the leave or to an equivalent position. If an employee is returning from a leave which has extended beyond thirteen (13) weeks, the employee will be offered the opportunity to fill available vacancies for which the employee is qualified. If there are none, the employee will be eligible to bid on vacancies which arise for the period of time set forth under the Maximum Leave listing herein for which the employee is eligible.

An employee will be required to furnish a completed physician or practitioner certification form as a condition of being granted a medical leave of absence and of being reinstated and must be cleared by Employee Health before returning to work If the Employer has reason to doubt the validity of a medical certification, it may require the employee to obtain a second medical opinion at the Employer's expense. The Employer may designate the physician to furnish the second medical opinion, but that physician may not be employed on a regular basis by the Employer.

Benefits such as insurance premiums will continue in effect as if the employee were in active service. Employees must make arrangements prior to the start of a medical leave to pay their share of insurance premiums and reimbursement account contributions while on leave on a pre-tax basis. Insurance coverage may be canceled if such arrangements have not been made.

**19.3 Parental/Fatuity Leave.** Leaves for purposes of maternity, adoption, child rearing and for the serious health condition or death of a member of the employee's immediate family (parent, spouse, child, parent-in-law) will be granted for up to thirteen (13) work weeks and employees will be reinstated to the position which they held at the start of the leave.

If an employee is returning from a leave which has extended beyond thirteen (13) work weeks, the employee will be offered the opportunity to fill available vacancies for which the employee is qualified. If there are none, the employee will be eligible to bid on

vacancies which arise for a period of twelve (12) months from the date the employee is available to return to work.

Earned Time Off accrual and benefits continuation shall be as set forth in Section 11.2 herein. Intermittent and reduced schedule leave as defined in Section 15.2 above shall be available to an employee to care for a member of the employee's immediate family with a serious health condition. If possible, the employee's schedule should meet the needs of the employee and the Employer. Intermittent and reduced schedule leave for other parental/family reasons shall be subject to the Employer's approval in its sole discretion. Medical certification may be required for leaves due to a serious health condition of a member of the employee's immediate family.

**19.4 Industrial Accident Leave.** An employee who is absent because of an industrial accident will be granted a leave of absence for up to one (1) year. Reinstatement shall be in accordance with Rhode Island law. Earned Time Off accruals shall be as set forth herein, Benefit continuation shall be in accordance with Rhode Island law.

**19.5 Educational Leave.** Subject to the Employer's operating needs, as determined by the Employer, a leave of absence for educational purposes may be granted by the Employer for a period up to the applicable maximum period shown in the schedule in Section 15.2 above. Available accrued Earned Time Off must be used during an education leave. There is no accrual of paid time off during such a leave. The full cost of insurance benefits, to the extent that such are available to employees during an educational leave, shall be paid by the employee. The Employer will not hold open the position the employee held at the start of the leave and the employee is not assured of reinstatement at the end of the leave,

**19.6 Personal Leave.** Subject to the Employer's operating needs, as determined by the Employer, a personal leave of absence may be granted by the Employer for compelling personal reasons for a period not to exceed thirteen (13) weeks. Available accrued Vacation/Earned Time Off must be used during a personal leave of absence. There is no accrual of paid time off for during such a leave. The full cost of insurance benefits, to the extent that such are available to employees during a personal leave, shall be paid by the employee after thirty (30) days. The Employer will not hold open the position the

employee held at the start of the leave. The employee is not assured of reinstatement at the end of the leave.

## ARTICLE *XX*
## JOINT COMMITTEE

20.1 <u>Joint Committee Meetings.</u> There shall be a joint labor-management committee comprised of not more than five (5) representatives of each party. The committee will meet upon a party's request but not more than once per quarter to discuss matters of mutual interest, including issues relating to the parties' relationship, and administration of the Agreement. The committee is not a forum for dealing with grievances, for addressing negotiations or for addressing negotiable matters. Agenda items may be proposed by either party and will be exchanged between the Chief Human Resources Administrator and the President of the Union and agreed upon one (1) week prior to a scheduled meeting.

20.2 <u>Job Description Revisions.</u> The Union will be notified on a timely basis of any proposed change to the job descriptions of bargaining unit members.

## ARTICLE XXI
## HEALTH AND SAFETY

The Employer will comply with all laws and regulations relating to employee health and safety. Employees are expected to report immediately any condition which may be unsafe or unhealthful. Equipment and supplies needed to perform the job safely will be provided to employees by the Employer. Governmentally required tests and/or immunizations from exposure and contact with infectious diseases and hazards in the workplace will be provided to employees at no cost to employees.

## ARTICLE YOU'
## PRINTING THE AGREEMENT

The parties will share equally in the cost of printing of this Agreement. The number of copies printed shall be sufficient to provide each employee and each supervisor and manager with responsibility for employees with a copy and provide a reasonable number of additional copies for newly-hired employees.

36

ARTICLE XXIR
## MISCELLANEOUS

23.1 Completeness of Agreement. This Agreement contains the complete agreement of the parties, and no additions, waivers, deletions, changes or amendments shall be effective during the life of this Agreement unless evidenced in writing, dated and signed by the parties hereto. A waiver or failure to enforce any provision in a specific case shall not constitute a precedent with respect to future enforcement of all the terms and conditions of this Agreement, nor preclude either party from relying upon or enforcing such provision in any other case. The practices of any other prior Employer shall not be binding on the Employer herein.

**23.2 Precedence of Laws and Renulations.** It is understood and agreed that this Agreement is subject to all applicable laws now or hereafter in effect and to the lawful regulations, rulings and order of regulatory commissions or agencies **having jurisdiction.** Accordingly, if any provision of this Agreement is in contravention of such laws, regulations, rulings or orders such provision of the Agreement shall be null and void and the parties sha I meet for the purpose of endeavoring to negotiate a substitute provision.

**23.3 Severability.** The provisions of this Agreement shall be severable, and the illegality or invalidity of any such provision shall not affect the validity of any other provisions.

**23.4 Successors.** This Agreement shall remain in effect and shall be binding upon all successors and assigns of the Employer. The Employer shall include this requirement as a condition of sale or transfer of ownership or operation. Provided, however, that nothing herein shall operate to impose this Agreement on any employees not includable in the bargaining unit described in Article I hereof as a matter of law, or to prevent the discontinuance, or the reduction or transfer of operations to another entity or location.

## ARTICLE XXIV
## ORGANIZATIONAL CHANGES

**24.1 Service and Seniority Credit.** Service and seniority credit shall be determined in accordance with this Agreement.

**24.2 New Joint Ventures.** The parties agree that, if the Employer enters into new joint ventures with other healthcare entities, the Employer will bargain with the Union if the

joint venture would affect the terms and conditions of employment of any employee covered under this Agreement

24.3   **Vacancies at other Employer Facilities**.  An employee who is laid off as a result of the discontinuance in whole or in part of a service program of the Employer shall be given preference of the external applicants for vacancies at other Employer facilities.  Such preference shall be given only if the employee who has been laid off is fully qualified to perform the duties of the vacant position

24.4   **Temporary Transfers**.  An employee who is transferred temporarily to another facility of the Employer will retain her/his bargaining unit status.  A non-bargaining unit employee from another facility of the Employer who is transferred temporarily to perform work within the scope of the work performed by bargaining unit employees will retain her/his bargaining unit status.  If a temporary transfer exceeds three (3) consecutive months and the employee from another facility works a majority of his/her hours at the facility staffed by bargaining unit members, then the employee will become part of the bargaining unit.  Any temporary assignment will not cause the displacement of any full-time, part-time, limited part-time or per diem employee at the facility to which the employee is temporarily assigned.

**ARTICLE XXV**
**DURATION**

This Agreement shall be effective upon the Date of Execution of the Collective Bargaining Agreement and expire at 11:59 pm on the date preceding the two year anniversary date of the Date of Execution

FOR THE EMPLOYER:                          FOR THE UNION:

Name: _____                      Name: _____

Title: _(CE)O_____                       Title: _President____

Date: _15/30/16_____                       Date: _10/21/16_____

_____ , hereby authorize to Prospect CharterCARE, LLC to withhold from my salary due me the rate of dues certified by the Union. I understand that this authorization may be revoked by me upon sixty (60) days written notice to the Chief Human Resources Administrator. In the absence of such notification, this authorization shall be deemed to be continuous until revoked by me, or upon my transfer to a position not covered by the collective agreement or upon termination of my employment, I hereby waive all rights and claims for said monies as deducted and transmitted in accordance with the authorization and relieve the Employer and all of its officers from any liability thereof.

Employee's Signature: _____

Date: _____

Department/Unit: _____

Phone: _____

Email _____

_____ , hereby authorize to Prospect CharterCARE, LLC to withhold from my salary due me the rate of dues certified by the Union. I understand that this authorization may be revoked by me upon sixty (60) days written notice to the Chief Human Resources Administrator. In the absence of such notification, this authorization shall be deemed to be continuous until revoked by me, or upon my transfer to a position not covered by the collective agreement or upon termination of my employment. I hereby waive all rights and claims for said monies as deducted and transmitted in accordance with the authorization and relieve the Employer and all of its officers from any liability thereof.

Employee's Signature: _____

Date: _____

Department/Unit: _____

Phone: _____

Email _____

Appendix B

1) Mental Health Worker
Certified Nursing Assistant
Imaging Assistant
CNA (12 Hours shift)

2) Phlebotomist

3) Cook First
Kitchen and Cook's Helper

4) Team Leader ESD
Team Leader, Patient Transport

5) Nurse Extender, Surgical

6) Central Services Tech

7) Laboratory Assistant

8) OR Materials Coordinator

9) Unit Secretary
Secretary

10) Food Service Attendant
PM Kitchen Attendant
Environmental Services Aide
Linen Attendant
Cashier:- Dietary
Nutrition Assistant

11) Courier
Laundry/Sorter Driver

12) Interpreter

13)    Telephone Operator
Operator, Lead Telephone

14)    Secretary
Administrative Medical
Secretary Secretary,
Executive

1) Admissions Registrar
Greeter/Registrar Surgical
Receptionist/Registrar
Registration Secretary

2)  Materials Handler
Transporter/Nursing Services
Transporter/Radiology X-Ray
Aide
Rehabilitation Aide

1) Patient Financial Advocate

2) EKG Transcriptionist

3) Administrative Secretary/Registrar
    School of Nursing

4) Secretary, Corresponding
   (Medical Records)

*A Phlebotomist may bumpthe least senior employee in Category 7 provided that there is
no least senior phlebotomist to displace;

**A Courier or Laundry/Sorter Driver may bump the least senior employee in Category 10 provided that
there is no least senior employee in Category 11 to displace.

Starting Rates For New Hires
Appendix C

| | 0 | Years 1-4 | Years 5-9 | Years 10-14 | Years 15-20 | Years 21-20 | Years 21-28 | Years 29-32 | Years 34 Plus |
|---|---|---|---|---|---|---|---|---|---|
| C.N.A/Phleb/MH Worker | $13.50 | $13.50 | $13.91 | $14.32 | $14.75 | $15.19 | $15.65 | $16.12 | $16.60 |
| Cashier – Dietary | $12.50 | $12.50 | $12.88 | $13.26 | $13.66 | $14.07 | $14.49 | $14.93 | $15.37 |
| Cook – First | $15.00 | $15.60 | $16.22 | $16.87 | $17.55 | $18.25 | $18.98 | $19.74 | $20.53 |
| Courier | $13.00 | $13.00 | $13.39 | $13.79 | $14.21 | $14.63 | $15.07 | $15.52 | $15.99 |
| Environmental | $11.00 | $11.00 | $11.33 | $11.67 | $12.02 | $12.38 | $12.75 | $13.13 | $13.53 |
| Kitchen Attendant | $11.50 | $11.50 | $11.85 | $12.20 | $12.57 | $12.94 | $13.33 | $13.73 | $14.14 |
| Food Service Attendant | $12.00 | $12.00 | $12.36 | $12.73 | $13.11 | $13.51 | $13.91 | $14.33 | $14.76 |
| Lab Assistant | $14.00 | $14.00 | $14.42 | $14.85 | $15.30 | $15.76 | $16.23 | $16.72 | $17.22 |
| Medical Secretary | $18.00 | $18.00 | $18.54 | $19.10 | $19.67 | $20.26 | $20.87 | $21.49 | $22.14 |
| Reg Secretary/Admin/Receptionist | $14.50 | $14.50 | $14.94 | $15.38 | $15.84 | $16.32 | $16.81 | $17.31 | $17.83 |
| Unit Secretary | $16.45 | $16.45 | $16.94 | $17.45 | $17.98 | $18.51 | $19.07 | $19.64 | $20.23 |